UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Addie Mae Simmons<br>336 Crescent Circle Sw<br>Cairo, GA 39828 | Chapter 13<br><br>Case No: 15-10291-AEC |

## NOTICE OF OBJECTION TO CONFIRMATION

The Chapter 13 Trustee, Kristin Hurst, has filed papers with the United States Bankruptcy Court, P.O. Box 1957, Macon, GA 31202 (478) 752 - 3506 to deny confirmation of your Chapter 13 plan pursuant to 11 U.S.C. Section 1324.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to deny confirmation, or if you want the court to consider your views on the objection, then you and your attorney must:

Attend the hearing scheduled to be held on June 02, 2015 at 9:00 am in Courtroom, United States Bankruptcy Court, located at:

CB King U.S. Courthouse, 2nd Floor
201 W. Broad Avenue
Albany, GA

If you and your attorney do not take this step, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

This 22 day of April 2015.

/s/ Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Addie Mae Simmons<br>336 Crescent Circle Sw<br>Cairo,GA 39828 | Shelba D. Sellers<br><br>(Counsel for Debtor) |
| (Debtor) | |

This 22 day of April 2015.

/s/ Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In Re:<br>Addie Mae Simmons<br>336 Crescent Circle Sw<br>Cairo, GA 39828 | Chapter 13<br><br>Case No: 15-10291-AEC |
|---|---|

## OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee and shows the following:

The plan, as proposed, is not feasible.

WHEREFORE, the Trustee prays that confirmation of the Chapter 13 case be denied.

This 22 day of April 2015.

/s/ Jon DeLoach
_____

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| Addie Mae Simmons<br>336 Crescent Circle Sw<br>Cairo, GA 39828<br><br>(Debtor) | Shelba D. Sellers<br><br>(Counsel for Debtor) |
|---|---|

This 22 day of April 2015.

/s/ Jon DeLoach
_____

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com