**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

IN RE:                    *
                          *        CHAPTER 13
Addie Mae Simmons         *
DEBTOR                    *        CASE #: 15-10291

**NOTICE OF CHANGE OF ADDRESS**

Comes now, SHELBA D. SELLERS, Attorney for Debtor/Respondent, and shows the Court the address of record for the following Debtors as follows:

**Old Address:**                        **New Address:**
**Addie Mae Simmons**                   **Addie Mae Simmons**
**336 Crescent Circle SW**              **595 4th ST NE**
**Cairo, GA   39828**                   **Cairo, GA   39828**

WHEREFORE, debtors pray that the amendment be allowed and made part of their bankruptcy schedules.

This the 4th day of December, 2019.

                                        */s/ Shelba D. Sellers*
                                        Shelba D. Sellers
                                        Attorney for Debtor
                                        P.O. Box 1157
                                        Thomasville, GA 31799
                                        (229) 226-9888

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Change of Address upon the following parties: Either by electronic notice, for those requesting such services, or by depositing same in the U.S. Mail with sufficient postage thereon to insure proper delivery.

**Kristin Hurst**
**Chapter 13 Trustee**
**P.O. Box 1907**
**Columbus, GA 31902**

This the 4th day of December, 2019.

*/s/ Shelba D. Sellers*
Shelba D. Sellers
Georgia Bar No. 635510
Attorney for Debtors

Sellers & Mitchell, P.C.
Post Office Box 1157
Thomasville, Georgia 31799
(229) 226-9888