# United States Bankruptcy Court

## Middle District of Georgia

In re:

Addie Mae Simmons
595 4th St. NE
Cairo, GA 39828

Debtor(s)

Chapter 13

Case No. 15-10291 AEC

## DEBTOR'S CERTIFICATE OF PLAN COMPLETION AND

## REQUEST FOR DISCHARGE

Debtor hereby certifies under penalty of perjury, the following is true and correct:

1. All plan payments have been completed, and I am entitled to a discharge under 11 U.S.C. Section 1141/1228/1328; and

2. I have paid (or do not have any liability) for domestic support obligations due on or before the date set forth below, including any pre-petition amounts to the extent provided for by the plan and:

3. The provisions of 11 U.S.C. Section 522(q)(1) are not applicable to my case, pursuant to 11 U.S.C. Section 1141(c)/1228(f)/1328(h).

4. There are no proceedings pending against me of the kind described in 11 U.S.C. Section 522(q)(1)(A) or 522(q)(1)(B), pursuant to Section 1141(c)/1228(f)/1328(h).

I request that a discharge be granted in accordance with 11 U.S.C. Section 1141/1228/1328.

_10-19-2020_
Date

_Addie Mae Simmons /Adrian W. Red_
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor, if applicable

Attorney for Debtor: Shelba D. Sellers

Attorney for Debtor: Shelba D. Sellers
Address: Sellers & Mitchell, P.C.
106 Euclid Drive
P.O. Box 1157
Thomasville, GA 31799-1157

015791    38010015806017